SMITH v. STATE.    (No. 6673.)

(Court of Criminal Appeals of Texas.   Feb. 15, 1922.)

Criminal law ⬅️1097(6)—Complaints in motion for new trial relating to evidence present no question on appeal in absence of statement of facts.

Complaints in a motion for new trial relating to evidence introduced present no question on appeal in the absence of a statement of facts.

Appeal from Criminal District Court, Harris County;  C. W. Robinson, Judge.

James M. Smith was convicted of false swearing, and he appeals.   Affirmed.

E. T. Branch, Dist. Atty., of Houston, and R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J.   Appellant was convicted in the criminal district court of Harris county of the offense of false swearing, and his punishment fixed at five years in the penitentiary.

The record is before us without a statement of facts or a bill of exceptions. The indictment appears to sufficiently charge the offense, and the charge of the trial court correctly submits the issues to the jury.  No exceptions were taken to either.  Complaints in a motion for new trial which relate to evidence introduced can present no question for our determination in the absence of a statement of facts.

Finding no error in the record, the judgment of the lower court will be affirmed.